JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL THOMAS MAY, | Case No. 2:20-cv-8532-PA (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FELIPE MARTINEZ JR., Warden, | |
| Respondent. | |

Pursuant to the Memorandum and Order Dismissing Petition for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: June 9, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE